IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02809-MSK-CBS

DICK E. SUMMERS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

FARMERS INSURANCE EXCHANGE, a California corporation,

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Text Order filed on October 29, 2012 adopting the Recommendation issued by the Magistrate Judge (Doc. #47) to grant the Defendant's Motion to Dismiss (Doc. 34) it is

ORDERED that:

Judgment is entered in favor of the defendant and against the plaintiff on all claims. It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

The case is closed.

Dated this 31st day October, 2012.

                                      ENTERED FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      s/Edward Butler
                                      Edward Butler
                                      Deputy Clerk